Kevin E. Dinius
Sarah Hallock-Jayne
DINIUS LAW
5680 East Franklin Road, Suite 130
Nampa, Idaho  83687
Telephone:   (208) 475-0100
Facsimile:   (208) 475-0101
ISB Nos.:   5974, 5745
*kdinius@diniuslaw.com*
*shallockjayne@diniuslaw.com*

Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| JAESON ATWOOD, MARY ANN ATWOOD, DONALD MOALA and RYLEE MARSHALL,<br><br>Plaintiffs,<br><br>vs.<br><br>COMPASS MINERALS AMERICA, INC.,<br><br>Defendant. | Case No. 1:18-cv-00007-EJL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
|---|---|

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs Jason Atwood, Mary Ann Atwood, Donald Moala and Rylee Marshall, by and through their counsel of record, Dinius Law, hereby voluntarily dismiss their Complaint with prejudice. Each party to bear its own costs and attorney's fees.

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)  - 1

DATED this 13th day of February, 2018.

                               DINIUS LAW

                                     /s/ Kevin E. Dinius

               By _____
                                 Kevin E. Dinius
                                 Sarah Hallock-Jayne
                                 Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of February, 2018, I filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

- B. Newal Squyres                    nsquyres@hollandhart.com
  Alexandra S. Grande              asgrande@hollandhart.com

                                   /s/ Kevin E. Dinius
                               _____
                               for DINIUS LAW

10676277_1.docx